UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD R. TORREZ, | Case No. 3:23-cv-00159-MMD-CLB |
|---|---|
| Petitioner, | |
| v. | ORDER |
| TIMOTHY FILSON, et al., | |
| Respondents. | |

In this federal habeas proceeding, Petitioner has requested an extension of time to comply with this Court's order (ECF No. 3) that he pay his filing fee within 30 days. (ECF No. 4.) Petitioner claims that access to his prison account was frozen due to his imminent release from custody, which was to take place on May 22, 2023. The Court will grant Petitioner's request, but warns that failure to pay the filing fee by June 22, 2023, will result in the dismissal of this action.

It is so ordered.

DATED THIS 6th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE