UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD R. TORREZ,<br><br>Petitioner,<br>v.<br><br>TIMOTHY FILSON, et al.,<br><br>Respondents. | Case No. 3:23-cv-00159-MMD-CLB<br><br>ORDER |

On June 6, 2023, the Court entered an order giving Petitioner until June 22, 2023, to pay the filing fee for this habeas case. (ECF No. 5.) Petitioner has not complied with the Court's order within the allotted time, so the Court will dismiss this action. Reasonable jurists would not find the Court's conclusion to be debatable or wrong, so the Court will not issue a certificate of appealability.

It is therefore ordered that this action is dismissed without prejudice for Petitioner's failure to comply with the Court's order (ECF No. 5). The Clerk of the Court will enter judgment accordingly and close this case.

It is further ordered that no certificate of appealability will issue.

DATED THIS 6th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE